

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00646-CV

Robert Ray **PEREZ**,
Appellant

v.

Arturo Zepeda **ARREDONDO**, CUSA KBC, LLC d/b/a Kerrville Bus Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 10-07-15670-CV
Joaquin Villarreal III, Judge Presiding

# O R D E R

We **grant** the Brooks County District Clerk's motion for an extension of time to file the supplemental clerk's record. We order the record filed by **January 17, 2014.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court